UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ronald P. Donohue

    v.                                             Civil No. 08-cv-459-PB

Michael J. Ashe, Jr., et al

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.20 is due no later than December 7, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the Hampden County House of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                                      /s/ James R. Muirhead
                                                     James R. Muirhead
                                                     United States Magistrate Judge

Date: November 7, 2008

cc:    Ronald P. Donohue
        Bonnie S. Reed, Financial Administrator
        Hampden County House of Corrections, Inmate Accounts